UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| NATHAN D. BRACY, | ) | |
| | ) | Civil Action No. 5:26-cv-2230-SAL |
| | ) | |
| Plaintiff, | ) | **COMPLAINT** |
| | ) | (Tort-Automobile Accident) |
| -vs- | ) | (Jury Trial Requested) |
| | ) | |
| PLANT SOURCE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO: THE ABOVE-NAMED DEFENDANT AND DEFENDANT'S ATTORNEY(S):

The Plaintiff above named complaining of the Defendant herein says as follows:

1. That Plaintiff Nathan D. Bracy (hereinafter "Plaintiff") is a resident and citizen of Lexington County in the State of South Carolina.

2. That Defendant Plant Source, Inc. (hereinafter "Defendant"), is a limited liability corporation established in the State of California operating large trucks on the roadways of multiple states, including South Carolina.

3. That substantial acts and omissions alleged herein occurred in Calhoun County in the State of South Carolina, on I-26 eastbound near St. Matthews.

4. That the amount in controversy in the tort claims made herein exceeds $75,000.00.

5. That the parties herein have diverse citizenship and an amount in controversy exceeding $75,000 giving this Court personal and subject matter jurisdiction over the parties and the matter in dispute.

6.      That on or about December 5, 2024, Plaintiff was operating a large work truck equipped with a yellow light traffic sign showing an arrow to move left and equipped with a yellow and black striped "truck-mounted attenuator" designed to protect the road construction crew working in front of Plaintiff's truck which was parked on the far right edge of the I-26 eastbound traffic signaling a shift for traffic to the left in the construction zone to avoid workers on the right-hand edge of the roadway.

7.      That Defendant and its agent driver were negligent, negligent per se, grossly negligent, and reckless in failing to exercise due care; in failing to properly maintain its tractor-trailer; in failing to exercise due care in the hiring, training, supervision and retention of its agent driver; in failure to keep a proper lookout; driving while distracted; driving while fatigued; driving over the number of hours permitted by regulations; in violating state and federal regulations; driving while distracted and striking Plaintiff.

8.      That the above acts and omissions of the Defendant and its agent driver proximately caused damages to the Plaintiff for which he seeks compensation to be made whole.

9.      That Defendant is responsible for the acts and omissions of its agent driver pursuant to *respondeat superior.*

WHEREFORE, Plaintiff prays for judgment against Defendant on claims of negligence, gross negligence, carelessness, recklessness, negligence *per se,* and willfulness in such sum of actual and general compensatory damages, as well as punitive damages, that a trier of fact may determine together with such other relief this Court may deem just and proper.

2

[Signature block to follow on the next page.]

GEORGE SINK, P.A. INJURY LAWYERS


s/Robert E. Treacy, Jr.
Robert E. Treacy, Jr.
SC Bar#12102 and US District Court Bar #07458
Attorney for the Plaintiffs
7011 Rivers Avenue, Suite 105
North Charleston, S.C. 29406
(843) 569-1700
rtreacy@sinklaw.com

North Charleston, SC
June 5, 2026